AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Idaho

| | | |
|---|---|---|
| GILTNER LOGISTICS, INC., an Idaho corporation <br><br> *Plaintiff(s)* <br><br> v. <br><br> TRAMAT, LLC., a Texas limited liability company, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:22-cv-00163 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TRAMAT, LLC.
c/o A+ Agents of Process, Inc.
Donald G. Hendricksen
4240 Bott Lane
Meridian, Idaho 83642

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*