David W. Gadd (ISB #7605)
STOVER, GADD & ASSOCIATES, PLLC
905 Shoshone St. N.
P.O. Box 1428
Twin Falls, Idaho 83303-1428
Telephone: (208) 736-9900
Facsimile: (208) 736-9929
dwg@magicvalleylaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| GILTNER LOGISTICS SERVICES, INC., <br><br> Plaintiff, <br> v. <br><br> TRAMAT, LLC, a Texas limited liability company, <br><br> Defendant. | Case No. 20-00418-DCN <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Giltner Logistics Services, Inc., declares that it has no parent corporation and that no publicly traded corporation currently owns 10% or more of its stock.

DATED this 12th day of April, 2022.

WORST, STOVER, GADD & SPIKER, PLLC

By: _/s/ David W. Gadd_____
   David W. Gadd
   Attorneys for Plaintiff

**CORPORATE DISCLOSURE STATEMENT – 1**