AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Idaho

GILTNER LOGISTICS, INC., an Idaho corporation

*Plaintiff(s)*

v.

Civil Action No. 1:22-cv-00163

TRAMAT, LLC., a Texas limited liability company,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRAMAT, LLC.
c/o A+ Agents of Process, Inc.
Donald G. Hendricksen
4240 Bott Lane
Meridian, Idaho 83642

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/13/22

United States Courts
District of Idaho
**ISSUED**
*Annie Williams*
*on Apr 13, 2022 1:16 pm*