# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF IDAHO

Giltner Logistics, Inc.  Plaintiff(s):

vs.

Tramat, LLC  Defendant(s):

**DECLARATION OF SERVICE**

Case Number: 1:22-cv-00163-BLW

For:
Stover, Gadd & Associates, PLLC
905 Shoshone St. N.
Twin Falls, ID 83303

Received by Tri-County Process Serving LLC on April 14, 2022 to be served on **TRAMAT, LLC**.

**I, Antonio Roque, state that on Monday, April 18, 2022, at 10:30 AM**, I served the within named **Tramat, LLC** by delivering a true copy of the **Summons in a Civil Action, Verified Complaint** to Donald Hendriksen, Registered Agent, a person authorized to accept service on behalf of Tramat, LLC. Said service was effected at **4240 E. Bott Ln., Meridian, ID 83642**.

Approximate description of Donald Hendriksen
Male  66 years old,  6' 0"  Tall,  225 lbs,  Blonde  Hair,  Blue  eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 195454
Client Reference: David W. Gadd

Thursday, April 21, 2022

ANTONIO ROQUE

TRI-COUNTY PROCESS SERVING LLC
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

April 21, 2022

**TRI-COUNTY PROCESS SERVING L.L.C.**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132 Business
(208) 338-1530 Fax
Federal Tax ID: 82-0348092

# Invoice #195454

**Attn: David W. Gadd**
STOVER, GADD & ASSOCIATES, PLLC
905 SHOSHONE ST. N.
TWIN FALLS ID 83303
208-736-9900 Business

--------<

Reference Job **#195454** when remitting.

Giltner Logistics, Inc. vs Tramat, LLC
**Case Number: 1:22-cv-00163-BLW**
**Attn: David W. Gadd**
**Documents: Summons in a Civil Action, Verified Complaint**

**Service Upon: Tramat, LLC**

Personal Service to Donald Hendriksen, Registered Agent, on April 18, 2022 at 10:30 AM, at: Tramat, LLC, 4240 E. Bott Ln., Meridian, ID 83642
by Antonio Roque

Service Fee $73.00

Total: $73.00

**DUE ON RECEIPT: $73.00**

Thank You for Choosing
**Tri-County Process Serving LLC**!