UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GILTNER LOGISTICS, INC., an Idaho corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>TRAMAT, LLC, a Texas limited liability company,<br><br>               Defendant. | Case No. 1:22-cv-00163-CWD<br><br>**AMENDED SCHEDULING ORDER** |

In accordance with the agreements reached in the telephone status conference held between counsel and the Court on February 8, 2023, and to further the just, speedy, and inexpensive determination of this matter,

**NOW THEREFORE IT IS HEREBY ORDERED** that the Court's Scheduling Order (Dkt. 14) is amended as follows:

1. <u>Dispositive Motion Deadline</u>: All dispositive motions, including motions for punitive damages, must be filed by **August 4, 2023**.

**AMENDED SCHEDULING ORDER - 1**

2. <u>Completion of Fact Discovery</u>: All fact discovery must be completed by **July 3, 2023**. This is a deadline for the completion of all fact discovery; it is not a deadline for discovery requests. Discovery requests must be made far enough in advance of this deadline to allow completion of the discovery by the deadline date.

3. <u>Disclosure of Experts</u>:

   a. **Plaintiff** must disclose the experts intended to be called at trial on or before **June 1, 2023**.

   b. **Defendant** must disclose the experts intended to be called at trial on or before **June 30, 2023**.

   c. **Plaintiff** must disclose rebuttal experts intended to be called at trial on or before **July 14, 2023**.

   d. **ALL** discovery relevant to experts must be completed by: **August 3, 2023.**

DATED: February 8, 2023

_____
Honorable Candy W. Dale
United States Magistrate Judge

**AMENDED SCHEDULING ORDER - 2**